UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Billy J. Young and 1.8 Million
plus Retired Military Employees

      Plaintiff

v

Senator Carl Levin
Senator Trent Lott
Senator John Warner
Senator Tim Hutchinson
Senator Blance Lambert Lincoln
Senator Bob Graham
Senator Connie Mack
Senator Thad Cockran
Senator Arlen Spector
Senator Rick Santorum
Senator Phil Gramm
Senator Jeff Sessions
Senator Ted Stevens
Senator Frank Murkowski
Senator Jon Kyl
Senator Ben Nighthorse Campbell
Senator Wayne Allard
Senator Christopher Dodd
Senator Joseph Lieberman
Senator William Roth, Jr.
Senator Joseph Biden, Jr.
Senator Daniel Inouye
Senator Daniel Akaka
Senator Larry Craig
Senator Michael Crapo
Senator Richard Durbin
Senator Peter Fitzgerald
Senator Frank Lautenberg
Senator Robert Torricelli
Senator Pete Domenici
Senator Daniel Patrick Moynihan
Senator Charles Schumer
Senator Jesse Helms
Senator John Edwards
Senator Mike DeWine
Senator Dianne Feinstein
Senator George Voinovich
Senator Ron Wyden
Senator Gorden Smith
Senator Jack Reed
Senator Lincoln Chafee
Senator Strom Thurmond
Senator Thomas Dasckle
Senator Fred Thompson
Senator Orrin Hatch
Senator Patrick Leahy
Senator Robert Byrd
Senator John Rockefeller
Senator Herbert Kohl

Civil No.
Judicial Officer:

# 00-60148

## GEORGE CARAM STEEH

### MAGISTRATE JUDGE PEPE

FILED
'00 MAY 19 AM 11 46
U.S. DISTRICT COURT CLERK
EASTERN DISTRICT

Senator  Russ Feingold
Senator  Craig Thomas
Senator  Michael Enzi
Senator  Richard Lugar
Senator  Evan Bayh
Senator  Charles Grassley
Senator  Tom Harkin
Senator  Mary Landrieu
Senator  Olympia Snowe
Senator  Susan  Collins
Senator  Barbara Mikulski
Senator  Paul David Wellstone
Senator  Rod Grams
Senator  Christopher Bond
Senator  Joh Ashcroft
Senator  Max Baucus
Senator  Richard Bryan
Senator  Judd Gregg
Senator  Sam Brownback
Senator  Pat Roberts
Senator  Don Nickles
Senator  James Inhofe
Rep.  Peter Hoekstra
Rep.  Sander Levin
Rep.  Matt Salmon
Rep.  Vernon J. Ehlers
Rep.  Joseph Hnollemberg
Rep.  Nick Smith
Rep.  Robert Menendez
Rep.  Amory Houghton, Jr.
Rep.  Howard Coble
Rep.  Sue Myrick
Rep.  Cass Ballenger
Rep.  Steve Chabot
Rep.  Rob Portman
Rep.  Tony Hall
Rep.  Paul Gillmor
Rep.  David Hobson
Rep.  John Boehner
Rep.  John Kasich
Rep.  Thomas Sawyer
Rep.  Ralph Regula
Rep.  Earl Blumenauer
Rep.  Mark Sanford, Jr.
Rep.  Jim DeMint
Rep.  John Spratt, Jr.
Rep.  Jim Turner
Rep.  Joe Barton
Rep.  Bill Archer
Rep.  Kevin Brady
Rep.  Lloyd Doggett
Rep.  Silvestre Reyes
Rep.  Charles Stenholm
Rep.  Larry Combest
Rep.  Tom Delay
Rep.  Ken Bentsen
Rep.  Richard Armey
Rep.  Herbert Bateman
Rep.  Owen Pickett
Rep.  Norman Sisisky
Rep.  Bob Goodlatte

Rep. Thomas Bliley
Rep. Jerry Kleczka
Rep. Thomas Barrett
Rep. Thomas Petri
Rep. David Obey
Rep. F. James Sensenbrenner
Rep. Barbara Cubin
Rep. Robert Underwood
Rep. Bill Barrett
Rep. Steven Rothman
Rep. Rodney Frelinghuysen
Rep. Joe Skeen
Rep. Rick Lazio
Rep. Peter King
Rep. Gary Ackerman
Rep. Gregory Meeks
Rep. Joseph Crowley
Rep. Jerrold Nadler
Rep. Nydia Velazquez
Rep. Vito Fossella
Rep. Charles Rangel
Rep. Jose Serrano
Rep. Nita Lowey
Rep. Thomas Reynolds
Rep. Deborah Pryce
Rep. Earl Hilliard
Rep. Matt Salmon
Rep. Bob Stump
Rep. John Shadegg
Rep. Jim Kolbe
Rep. Scott McInnis
Rep. Joel Hefley
Rep. Thomas Tancredo
Rep. John Larson
Rep. Christopher Shays
Rep. James Maloney
Rep. Nancy Johnson
Rep. Michael Castle
Rep. F. Allen Boyd, Jr.
Rep. C. W. Young
Rep. Jim Davis
Rep. Dan Miller
Rep. Porter Goss
Rep. Ileana Ros-Lehtinen
Rep. Neil Abercrombie
Rep. Patsy Mink
Rep. Mike Simpson
Rep. Phillip Crane
Rep. John Porter
Rep. Jerry Weller
Rep. J. Dennis Hastert
Rep. Thomas Ewing
Rep. John Shimkus
Rep. Peter Visclosky
Rep. Tim Roemer
Rep. Steve Buyer
Rep. Edward Pease
Rep. John Hostettler

Rep. Baron Hill
Rep. Jim Leach
Rep. Jim Nussle
Rep. Leonard Boswell
Rep. Greg Ganske
Rep. Tom Latham
Rep. Anne Northup
Rep. Harold Rogers
Rep. W.J. Tauzin
Rep. Jim McCrery
Rep. Richard Baker
Rep. Benjamin Cardin
Rep. Roscoe Bartlett
Rep. Edward Markey
Rep. Gil Gutknecht
Rep. David Minge
Rep. Jim Ramstad
Rep. Bruce Vento
Rep. Martin Olav Sabo
Rep. Bill Luther
Rep. William Clay
Rep. Ike Skelton
Rep. Carolyn McCarthy
Rep. Kenny Hulshof
Rep. Doug Bereuter
Rep. Doug Ose
Rep. Ellen Tauscher
Rep. Richard Pombo
Rep. Fortney Stark
Rep. Tom Campbell
Rep. Calvin Dooley
Rep. William Thomas
Rep. Brad Sherman
Rep. David Dreier
Rep. Henry Waxman
Rep. Maxine Waters
Rep. Edward Royce
Rep. Jerry Lewis
Rep. George Miller
Rep. Christopher Cox
Rep. Ron Packard
Rep. Steve Largent
Rep. Jim Ryun
Rep. Dennis Moore
Rep. Todd Tiahrt
Rep. Vic Snyder
Rep. Earl Pomeroy
Rep. Robert Borski
Rep. Curt Weldon
Rep. Bud Shuster
Rep. Pat Toomey
Rep. Joseph Pitts
Rep. George Gekas

## COMPLAINT

Count 1. Is for recovery of Premiums paid. In the Amount of $20,000.00 (Tax Free) reimburshment per Retired Military Employee over age 65 for the suffering and pain of being discriminated Against and loss of

premiums paid from Social Security withholding for Medicare Part B and for supplemental insurance costs for insurance Medicare , plus out of pocket costs on deductables.

Count 2. Is for discrimination based on age, and the fact that as Government employees, the military retired employee are the only group of Federal employees not fully/or nearly fully subsidized.

Count 3. Taking of property right under 5th Amendment without due process.

Specific Charges:

The United States Government has discriminated against retired Military employees including me, plus about 1.8 million retired Military Veteran employees and their dependents (since 1995 (my age 65) to include the 106th Congress, when compared with retirement entitlements for health care insurance enjoyed by each and every retired Civilian Federal employee.

The above named Members of the 106th Congress either cosponsored Senator Warner's Senate Bill S2087, or have not cosponsored S2003 "Keep Our Promise to America's Military Retirees Act" or House Bills HR 2966 and HR3573 "Keep Our Promise to America's Military Retirees Act".

These combied actions on the part of the above named individuals , Members of the 106th Congress have in essence blocked the progress of legislation to correct the long standing discrimination of Congress between the two separate, but equal groups of Federal retirees.. The retired civilian Federal employee and the military retired employee.

The retired civilian Federal employees have their choice between different medical insurance plans available to them. Each of these insurance plans are paid in part by the employer, the Federal Government.

The retired military Federal employee on the other hand is not covered by any insurance plan after age 65, that the Government helps pay the costs of insurance.

In short, the discrimination charged against the defendants in this lawsuit are ensuring that,they by their cosponsoring actions in the 106th Congress are ensuring that the Government discrimination against retireed military employees will continue, specifically because they are blocking action on S2003, HR 3573 and HR 2966 by their action of cosponsoring  S2087 a Bill that does nothing to address the discrimination charges being brought forth here.

Date:   May 8, 2000

*Billy Joe Young*
Billy Joe Young
6048 Fox Dr.
Fort Gratiot, MI 48059
(810) 385-9422